## TEXAS EMPLOYERS' INSURANCE ASSOCIATION V. JOE HUNTER.

No. A-4137. Decided June 24, 1953.
(260 S. W. 2d Series 884)

*Burford, Ryburn, Hincks & Ford, Logan Ford and Clarence A. Guittard,* all of Dallas, for petitioner.

*White & Yarborough* and *W. E. Johnson,* all of Dallas, for respondent.

PER CURIAM:

The decision of the Court of Civil Appeals being in conflict with Texas Employers' Insurance Association v. Hatton, 152 Texas 199, 255 S. W. 2d 848, and Texas Employers' Insurance Association v. Lee, 152 Texas 227, 256 S. W. 2d 569, the judgments of the Court of Civil Appeals and the District Court are reversed, and the cause is remanded to the District Court without granting the writ and hearing the case. Rule 483.

Delivered June 24, 1953.